AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

BERTOLINI S/A and BERTOLINI MÓVEIS DE AÇO S/A

*Plaintiff(s)*

v.

ECOPREFABRICADOS LLC

*Defendant(s)*

Civil Action No. 17-cv-22155-MORENO/Turnoff

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ECOPREFABRICADOS LLC
18520 NW 67th Ave
Unit 154
Miami, FL 33015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: P. Jan Kubicz, Esq.
Email: jan.kubicz@squirepb.com
200 S. Biscayne Boulevard, Suite 4700
Miami, FL 33131
Telephone: 305-577-7000
Facsimile: 305-577-7001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Steven M. Larimore
Clerk of Court

Date: 06/08/2017

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts